| | |
|---|---|
| 1 | HSIANG "JAMES" H. LIN (SBN 241472) |
| | jlin@techknowledgelaw.com |
| 2 | KEVIN JONES (SBN 240205) |
| | kjones@techknowledgelaw.com |
| 3 | MICHAEL C. TING (SBN 247610) |
| | mting@techknowledgelaw.com |
| 4 | TECHKNOWLEDGE LAW GROUP LLP |
| | 1521 Diamond Street |
| 5 | San Francisco, CA 94131 |
| | Telephone: (408) 646-1131 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EJT TECHNOLOGIES INC., | Case No.  13-cv-05112-EDL |
| Plaintiff, | |
| v. | |
| HUAWEI TECHNOLOGIES CO. LTD.; HUAWEI DEVICE CO., LTD.; HUAWEI DEVICE USA INC.; HUAWEI TECHNOLOGIES USA INC.; AND FUTUREWEI TECHNOLOGIES, INC. | |
| Defendants. | |

**EJT TECHNOLOGIES INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff EJT Technologies Inc. discloses that it is a wholly owned subsidiary of EJT Technologies Inc., a Samoa Corporation.

Dated: November 4, 2013                              Respectfully submitted,

*/s/ Michael C. Ting*
HSIANG "JAMES" H. LIN (SBN 241472)
jlin@techknowledgelaw.com
KEVIN JONES (SBN 240205)
kjones@techknowledgelaw.com
MICHAEL C. TING (247610)
mting@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA 94131

1   Telephone: (408) 646-1131

2   *Attorneys for Plaintiff*
    EJT TECHNOLOGIES INC.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -  DISCLOSURE STATEMENT